

# Kansas Secretary of State
# Production UCC Filing System

## Acknowledgment of UCC1 Filing

Page: 1 of 1

| | |
|---|---|
| **Time of Transaction:** | 2/13/2023 9:17:09am |
| **Filing Type:** | UCC-1 Regular Filing |
| **Filing Number:** | 119577294 |
| **Image Number:** | 30508197 |

| Debtor Information | Secured Party Information |
|---|---|
| HARDBODY SUPPLEMENTS, LLC<br>　16121 Earnshaw St<br>　Overland Park, KS 66221<br>HARDBODY COACHING, LLC<br>　16121 Earnshaw St<br>　Overland Park, KS 66221<br>HARDBODY ENERGY, LLC<br>　16121 Earnshaw St<br>　Overland Park, KS 66221<br>THE HARDBODY MISSION INC.<br>　16121 Earnshaw St<br>　Overland Park, KS 66221 | 8FIG, INC.<br>　11801 Domain Blvd, Third Floor<br>　Austin, TX 78758 |

| Collateral Information |
|---|

All of Debtor's business's personal property and fixtures, tangible and intangible, wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof (the Collateral), including without limitation: all equipment, furniture, artwork, inventory, instruments, investment property, documents, general intangibles, deposits, contract rights, tradenames, trademarks, patents, supporting obligations, payment intangibles, chattel paper, commercial tort claims, licenses, permits, franchise agreements, payments due from credit card and bank card companies or processors, accounts receivable, accounts, leases, deposit accounts, refunds of bonds, and, to the extent not listed above as original collateral, all products and proceeds of all of the Collateral in whatever form, including, without limitation, all payments under insurance, whether or not the Secured Party is the loss payee thereof, all proceeds of any governmental taking, and any indemnity, warranty, letter of credit (including the right to draw on such letter of credit), or guaranty payable by reason of any default under, loss of, damage to or otherwise with respect to, any of the foregoing.

Secured Party has purchased certain Future Receipts from Debtor. Future Receipts means all payments made to Debtor by cash, check, ACH or other electronic transfer, credit care, debit card, bank card, charge card or other form of monetary payment in the ordinary course of Debtor's business.

The Security Interest that Debtor has granted Secured Party is being given solely for the purpose of ensuring that you do not commit a Bad Act as that term is defined in the agreement between the parties that deprives the Secured Party of our bargained-for ability to collect the Future Receipts as they are generated in the ordinary course of Debtor's business.

UCC1: 98U1119577294