# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **8FIG, INC.,** § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | A-24-CV-7-DAE |
| **HARDBODY SUPPLEMENTS, LLC** § | |
| **D/B/A HARDBODY SUPPLEMENTS,** § | |
| **LAWRENCE PAYNE, AND PATRICIA** § | |
| **PAYNE,** § | |
| Defendants. § | |

## ORDER

Plaintiff's Motion for Default Judgment (Dkt. 17) is before the court.[1] Plaintiff is ordered to file an Amended Motion for Default Judgment **no later than May 14, 2025**. The Amended Motion for Default Judgment should include a clear statement of which claims the default judgment is sought for; the legal elements of those claims; and the pleaded facts that support a court finding that those elements are satisfied.

SIGNED April 30, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was referred by United States Senior District Judge David Ezra to the undersigned pursuant to 28 U.S.C. § 636(b), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Text Order Dated March 4, 2025.